UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) <br> ) <br> LETTER OF REQUEST FOR ) <br> JUDICIAL ASSISTANCE FROM THE ) <br> 2ND LABOR COURT OF ANKARA, ) <br> TURKEY: İDRIS KÜÇÜK v. ) <br> META MAKINE A.S. ) <br> ) | No.    18 C 541 |

**EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)**

John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, by the undersigned Assistant United States Attorney, Daniel May, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Daniel May, Assistant United States Attorney, as Commissioner for the purposes of obtaining documents from Continental Insurance Company. Certain information has been requested by the 2nd Labor Court of Ankara, Turkey pursuant to a Letter of Request issued by that court in connection with a civil judicial proceeding in that court captioned: *İdris Küçük v. Meta Makine A.S.,* Ref No. 2010/874.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/Daniel May
DANIEL MAY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8694
daniel.may@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: )<br>)<br>LETTER OF REQUEST FOR )<br>JUDICIAL ASSISTANCE FROM THE )<br>2ND LABOR COURT OF ANKARA, )<br>TURKEY: İDRIS KÜÇÜK v. )<br>META MAKİNE A.S. )<br>) | No. 18 C 541 |

**EX PARTE ORDER**

WHEREAS, the United States, by its counsel, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, by Daniel May, Assistant United States Attorney for the Northern District of Illinois, on behalf of the 2nd Labor Court of Ankara, Turkey, in *İdris Küçük v. Meta Makine A.S.,* Ref No. 2010/874, through its application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Continental Insurance Company, for use in connection with a judicial proceeding in the 2nd Labor Court of Ankara, Turkey; and

WHEREAS upon review of the Letter of Request issued by the 2nd Labor Court of Ankara, Turkey, in *İdris Küçük v. Meta Makine A.S.,* Ref No. 2010/874, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Turkey, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Daniel May, Assistant United States Attorney for the Northern District of Illinois, is hereby appointed as Commissioner of this Court, to obtain by subpoena the requested evidence from Continental Insurance Company for transmission to the Office of International

Judicial Assistance, United States Department of Justice, for transmission to the 2nd Labor Court of Ankara, Turkey, in *İdris Küçük v. Meta Makine A.S.,* Ref No. 2010/874; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

  IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Continental Insurance Company, Chicago, Illinois, with a copy of this Order and the accompanying documents.

  This \_\_\_\_ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE